# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

FILED
RICHARD W. NAGEL
CLERK OF COURT

2024 JUN -6 AM 11: 32

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GYASI K. TURNER,<br><br>Defendant. | CASE NO.<br><br>JUDGE<br><br>**INDICTMENT**<br><br>18 U.S.C. §§ 922(g)(1) and 924(a)(8)<br><br>**FORFEITURE ALLEGATION** |

**THE GRAND JURY CHARGES:**

## COUNT 1
### (Felon in Possession of a Firearm)

On or about December 11, 2023, in the Southern District of Ohio, the defendant, **GYASI K. TURNER**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, specifically: a Glock 43X 9mm handgun (S/N: BZNM421), and the firearm was in and affecting interstate and foreign commerce.

**In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).**

## FORFEITURE ALLEGATION

The allegations of the Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures to the United States of America under 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

Upon conviction of the offense alleged in Count 1, the defendant, **GYASI K. TURNER**, shall forfeit to the United States any firearms and ammunition involved or used in such offense, including, but not limited to a Glock 43X 9mm handgun (S/N: BZNM421) and all associated ammunition.

**Forfeiture notice pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Rule 32.2 of the Federal Rules of Criminal Procedure.**

*s/ Foreperson*
**Foreperson**

**KENNETH L. PARKER**
**UNITED STATES ATTORNEY**

**TYLER J. AAGARD (NC 54735)**
**Assistant United States Attorney**